Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Drew E. Pomerance (SBN 101239)
Anne S. Kelson (SBN 257851)
Jesse B. Levin (SBN 268047)
ROXBOROUGH, POMERANCE, NYE & ADREANI
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367
dep@rpnalaw.com
ask@rpnalaw.com
jbl@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

*Attorneys for Plaintiffs Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; and John Does 1 to 10,<br><br>    Defendants. | Civil Case No.: _____<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3 and General Order No. 08-05, the plaintiffs Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated ("**Plaintiffs**"), hereby file this Notice of Related Cases.

This case, particularly with respect to the fourth cause of action for abuse of process, calls for determination of the same or substantially related or similar questions of law and fact as were called for in <u>Telscape Comm's, Inc. v Rightscorp, Inc.</u>, 2:2012-cv-8833-JSF-(JCGx). Specifically, the issue is the propriety of DMCA (17 U.S.C. § 512(h)) subpoenas issued by defendant Rightscorp, Inc. to Internet Service Providers.[1] Telscape raised that very issue in a motion to quash, which was granted by Judge Fischer when Rightscorp failed to oppose. <u>Id</u>. at ECF No. 12. In addition and for the same reason, this case also relates to approximately 140 other miscellaneous actions that Rightscorp subsequently filed in the Central District of California, in order to obtain clerk-stamped DMCA subpoenas. These other related miscellaneous proceedings are set forth in <u>Exhibit D</u> to the complaint. Because of the unusual nature of the DMCA subpoena procedure, none of the 140 miscellaneous actions were ever assigned to any Judges of this court; they were closed as matters as soon as the subpoenas were issued by the Clerk of Court.

/ /

---

[1] Rightscorp is actually two companies with an identical name, one of which was formed under Nevada law, and the other of which was formed under Delaware law.

Respectfully submitted,

DATED: November 21, 2014

| THE PIETZ LAW FIRM | ROXBOROUGH, POMERANCE, NYE & ADREANI |
|---|---|
| */s/ Morgan E. Pietz* | */s/ Drew E. Pomerance* |
| Morgan E. Pietz (SBN 260629)<br>THE PIETZ LAW FIRM<br>3770 Highland Avenue, Suite 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310) 546-5301 | Drew E. Pomerance (SBN 101239)<br>Anne S. Kelson (SBN 257851)<br>Jesse B. Levin (SBN 268047)<br>ROXBOROUGH, POMERANCE, NYE & ADREANI<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367<br>dep@rpnalaw.com<br>ask@rpnalaw.com<br>jbl@rpnalaw.com<br>Telephone: (818) 992-9999<br>Facsimile: (818) 992-9991 |

*Attorneys for Plaintiffs Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated*

**NOTICE OF RELATED CASES**