Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Drew E. Pomerance (SBN 101239)
Anne S. Kelson (SBN 257851)
Jesse B. Levin (SBN 268047)
ROXBOROUGH, POMERANCE, NYE & ADREANI
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367
dep@rpnalaw.com
ask@rpnalaw.com
jbl@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

*Attorneys for Plaintiffs Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; and John Does 1 to 10,<br><br>Defendants. | Civil Case No.: _____<br><br>**NOTICE OF INTERESTED PARTIES** |

```
```
Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the plaintiffs Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated ("**Plaintiffs**"), hereby file this Notice of Interested Parties.

The undersigned counsel of record for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) Plaintiff, Karen "Jeanie" Reif an individual.

(2) Plaintiff Issac A. Nesmith, an individual.

Respectfully submitted,

DATED: November 21, 2014

| THE PIETZ LAW FIRM | ROXBOROUGH, POMERANCE, NYE & ADREANI |
|---|---|
| */s/ Morgan E. Pietz* | */s/ Drew E. Pomerance* |
| Morgan E. Pietz (SBN 260629)<br>THE PIETZ LAW FIRM<br>3770 Highland Avenue, Suite 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile:  (310) 546-5301 | Drew E. Pomerance (SBN 101239)<br>Anne S. Kelson (SBN 257851)<br>Jesse B. Levin (SBN 268047)<br>ROXBOROUGH, POMERANCE, NYE & ADREANI<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367<br>dep@rpnalaw.com<br>ask@rpnalaw.com<br>jbl@rpnalaw.com<br>Telephone: (818) 992-9999<br>Facsimile:  (818) 992-9991 |

*Attorneys for Plaintiffs Karen J. Reif and Isaac A. Nesmith,
individually and on behalf of others similarly situated*