# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen J. Reif and Isaac A. Nesmith, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; and John Does 1 to 10,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>Referred to: Hon. Jay C. Gandhi<br>United States Magistrate Judge<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT, ALTER BRIEFING SCHEDULE, AND EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**SEE CHANGES BY COURT** |

Plaintiffs Karen J. Reif and Isaac A. Nesmith ("Plaintiffs") and Defendants Rightscorp, Inc. f/k/a Stevia Agritech Corp; Rightscorp, Inc.; Christopher Sabec; Robert Steele; Craig Harmon; and Dennis J. Hawk (collectively "Defendants"), filed a joint stipulation to extend time to file response to complaint, alter the briefing schedule for a motion to dismiss, and to extend time to file a motion for class certification.

For good cause shown, the parties' joint stipulation is APPROVED as follows:

1. Defendants' deadlines to file responses to the complaint are hereby extended to March 9, 2015 for all Defendants.

2. Should Defendants respond to the complaint by motion rather than answer, the briefing schedule is hereby altered such that: (i) Plaintiffs' opposition is due March 30, 2015; (ii) Defendants' reply is due April 13, 2015; (iii) and such motion shall be noticed for hearing before Judge Fischer on Monday April 27, 2015 at 8:30 a.m., or as the Court may otherwise order.

3. Plaintiffs' deadline to file their motion for class certification, per Fed. R. Civ. P. 23 and L.R. 23-3, is hereby extended to July 27, 2015.

IT IS SO ORDERED.

2/23/15

DATED: _____  BY: _____

Honorable Dale S. Fischer
United States District Judge