NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sanford L. Michelman, Esq. (SBN 179702)
smichelman@mrllp.com
Mona Z. Hanna, Esq. (SBN 131439)
mhanna@mrllp.com
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: (818) 783-5530; Fax: (818) 783-5507

ATTORNEY(S) FOR: Defendant Rightscorp, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John Blaha,* individually and on behalf of others similarly situated,

Plaintiff(s),

v.

Rightscorp, Inc., et al.,

Defendant(s)

CASE NUMBER:

2:14-cv-9032-DSF-(JCGx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Rightscorp,Inc, Christopher Sabec, Robert Steele, Craig Harmon, Dennis Hawk or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Rightscorp, Inc., a Nevada corporation | 1. Defendant (has 100% ownership interest in Rightscorp, Inc., a Delaware corporation) |
| 2. Rightscorp, Inc., a Delaware corporation | 2. Defendant (wholly owned by Rightscorp, Inc., a Nevada corporation) |
| 3. Christopher Sabec | 3. Defendant |
| 4. Robert Steele | 4. Defendant |
| 5. Craig Harmon | 5. Defendant |
| 6. Dennis Hawk | 6. Defendant |
| 7. John Blaha | 7. Plaintiff |
| 8. BMG Rights Management (US) LLC | 8. Defendant |
| 9. Warner Bros. Entertainment, Inc. | 9. Defendant |

March 30, 2015
Date

/S/ Jesse J. Contreres
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants