SANFORD L. MICHELMAN, ESQ., SBN 179702
(smichelman@mrllp.com)
MONA Z. HANNA, ESQ., SBN 131439
(mhanna@mrllp.com)
JESSE J. CONTRERAS, ESQ., SBN 190538
(jcontreras@mrllp.com)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, CA 91436
Telephone:  (818) 783-5530
Facsimile:   (818) 783-5507

*Attorneys for Defendants Rightscorp, Inc., Christopher Sabec, Robert Steele, Craig Harmon, and Dennis J. Hawk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,* individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>        Defendants.<br><br>[**Previously captioned with Karen J. Reif and Isaac Nesmith as lead plaintiffs*] | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer United States District Judge<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE SECOND CAUSE OF ACTION PURSUANT TO CAL. CIV. PROC. CODE § 425.16 AND TO DISMISS PLAINTIFFS' SECOND CAUSE OF ACTION IN THEIR FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULE 12(b)(6)**<br><br>Date:           May 11, 2015<br>Time:          8:30 a.m.<br>Courtroom:           840<br><br>Complaint Filed:  November 21, 2014<br>Trial Date:             Not yet set |

Case 2:14-cv-09032-DSF-JCG   Document 30   Filed 03/30/15   Page 2 of 3   Page ID #:289

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on May 11, 2015, at 8:30 a.m., or as soon thereafter as the matter may be heard before Honorable Dale S. Fischer, located at Courtroom 840, United States District Court, 255 East Temple Street, Los Angeles California 90012-1565, Defendants Rightscorp, Inc., Christopher Sabec, Robert Steele, Craig Harmon and Dennis Hawk ("Defendants") will and hereby do move for an Order striking Plaintiff's Second Cause of Action pursuant to California Code of Civil Procedure § 425.16, and dismissing with prejudice Plaintiff's Second Cause of Action for Abuse of Process pursuant to Federal Rules of Civil Procedure 12(b)(6) on the ground that Plaintiff's claim fails as a matter of law.

Specifically, Plaintiff's claim impermissibly challenges Defendants' petitioning conduct, which is protected under California's anti-SLAPP statute. The Second Cause of Action is further barred as a matter of law because: (1) the subpoena complained of was used to identify a copyright infringer — which is the express purpose of DMCA subpoenas as interpreted by the courts of this Circuit — and therefore does not constitute an "abuse" of process; and (2) the conduct complained of is protected under the litigation privilege under Cal. Civ. Code §47(b). Accordingly, Plaintiff's Second Cause of Action should be stricken or, alternatively, dismissed

This Motion is made following conference of counsel pursuant to L.R. 7-3, which occurred on February 4, 2015.

///
///
///
///
///
///
///
///

-3-

1  This Motion is based on this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities, the attached Declaration of
3  Jesse Contreras, all pleadings, records and papers filed in this action, the argument
4  of counsel, any supplemental memoranda that may be filed by the parties, and such
5  further evidence as the Court may consider at or before the hearing of this Motion.

7  Dated: March 30, 2015               **MICHELMAN & ROBINSON, LLP**

                                       By:   /S/ Jesse J. Contreras
                                             Sanford L. Michelman, Esq.
                                             Mona Z. Hanna, Esq.
                                             Jesse J. Contreras, Esq.
                                             Kristen Peters, Esq.
                                             Attorneys for Defendants