Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Drew E. Pomerance (SBN 101239)
Anne S. Kelson (SBN 257851)
Jesse B. Levin (SBN 268047)
ROXBOROUGH, POMERANCE, NYE & ADREANI
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367
dep@rpnalaw.com
ask@rpnalaw.com
jbl@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

*Attorneys for Plaintiff John Blaha,
Individually and on Behalf of Others Similarly Situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,* individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>Rightscorp, Inc., a Nevada corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware corporation; Christopher Sabec; Robert Steele; Craig Harmon; Dennis J. Hawk; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>            Defendants.<br><br>[*Previously captioned with Karen J. Reif and Isaac Nesmith as lead plaintiffs]* | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>Referred to: Hon. Jay C. Gandhi<br>United States Magistrate Judge<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE SECOND CAUSE OF ACTION AND MOTION TO DISMISS; AND (2) PLAINTIFF'S OPPOSITION TO DEFENDANT HARMON'S MOTION TO DISMISS**<br><br>**[Opposition To Motion To Dismiss, etc. filed concurrently herewith]** |

-1-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT
HARMON'S MOTION TO DISMISS

DATE:            May 11, 2015
TIME:            8:30 a.m.
COURTROOM:       840

Complaint Filed:  November 21, 2014
Trial Date:       Not yet set

Plaintiff John Blaha, individually and on behalf of others similarly situated, by and through his attorneys, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

(1)     The docket report from *In re Subpoena to Telscape Communications, Inc.*, Case. No. 2:12-mc-00317-UA (C.D. Cal.), Declaration of Morgan E. Pietz Regarding Authentication of Exhibits Subject to Request for Judicial Notice ("Pietz Dec."), Exhibit ("Exh."), A, p. 2.

(2)     The Declaration of Dennis Hawk, *In re Subpoena to Telscape Communications, Inc.*, Case. No. 2:12-mc-00317-UA (C.D. Cal.), Pietz Dec., Exh. A, p. 4.

(3)     The DMCA Subpoena to Telscape Communications, Inc. , *In re Subpoena to Telscape Communications, Inc.*, Case. No. 2:12-mc-00317-UA (C.D. Cal.), Pietz Dec., Exh. A, p. 5.

(4)     The docket report from *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 2.

(5)     Telscape Communications, Inc.'s Motion to Quash or Modify Subpoena, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 5.

(6)     The Declaration of Sherri Flatt, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 13.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT HARMON'S MOTION TO DISMISS

(7)     The Declaration of Michelle Wells, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 15.

(8)      The Declaration of Gary Hamlett, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 36.

(9)     Notice of Non-Opposition, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 38.

(10)    Order Granting Motion to Quash, *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), Pietz Dec., Exh. B, p. 40.

(11)    The docket report from *In re IMON Communications LCC*, Case No. 2:14-mc-00277-UA (C.D. Cal.), Pietz Dec., Exh. C, p. 2.

(12)    The Declaration of Dennis Hawk, *In re IMON Communications LCC*, Case No. 2:14-mc-00277-UA (C.D. Cal.), Pietz Dec., Exh. C, p. 4.

(13)    Notice of Lodging of Summary Spreadsheet and DMCA Notifications, *In re IMON Communications LCC*, Case No. 2:14-mc-00277-UA (C.D. Cal.), Pietz Dec., Exh. C, p. 5.

(14)    DMCA Subpoena to IMON Communications, *In re IMON Communications LCC*, Case No. 2:14-mc-00277-UA (C.D. Cal.), Pietz Dec., Exh. C, p. 7.

(15)    The docket report from *In re Subpoena to Grande Communications Network, LLC*, Case No. 2:14-mc-00627-UA (C.D. Cal.), Pietz Dec., Exh. D, p. 2.

(16)    The Declaration of Dennis Hawk, *In re Subpoena to Grande Communications Network, LLC*, Case No. 2:14-mc-00627-UA (C.D. Cal.), Pietz

-3-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT
HARMON'S MOTION TO DISMISS

Dec., Exh. D, p. 4.

(17)   Notice of Lodging of Summary Spreadsheet and DMCA Notifications, *In re Subpoena to Grande Communications Network, LLC*, Case No. 2:14-mc-00627-UA (C.D. Cal.), Pietz Dec., Exh. D, p. 5.

(18)   DMCA Subpoena to Grande Communications Network, LLC, *In re Subpoena to Grande Communications Network, LLC*, Case No. 2:14-mc-00627-UA (C.D. Cal.), Pietz Dec., Exh. D, p. 7.

(19)   The docket report from *In re Subpoena to Greenfield Communications, Inc.* Case No. 2:14-mc-00635-UA (C.D.Cal.), Pietz Dec., Exh. E, p. 2.

(20)   The Declaration of Dennis Hawk, *In re Subpoena to Greenfield Communications, Inc.* Case No. 2:14-mc-00635-UA (C.D.Cal.), Pietz Dec., Exh. E, p. 4.

(21)   Notice of Lodging of Summary Spreadsheet and DMCA Notifications, *In re Subpoena to Greenfield Communications, Inc.* Case No. 2:14-mc-00635-UA (C.D.Cal.), Pietz Dec., Exh. E, p. 5.

(22)   DMCA Subpoena to Greenfield Communications, Inc., *In re Subpoena to Greenfield Communications, Inc.* Case No. 2:14-mc-00635-UA (C.D.Cal.), Pietz Dec., Exh. E, p. 7.

(23)   The docket report from *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), Pietz Dec., Exh. F, p. 2.

(24)   Grande Communications Network, LLC's Motion to Quash, *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), Pietz Dec., Exh. F, p. 4.

(25)   Order Referring Motion to Magistrate Judge, *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), Pietz Dec., Exh. F, p. 89.

-4-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT HARMON'S MOTION TO DISMISS

(26)   Advisory to the Court Regarding Withdrawal of Subpoena, *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), Pietz Dec., Exh. F, p. 90.

(27)   Order Closing Case, *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), Pietz Dec., Exh. F, p. 97.

(28)   The docket report from *In re Subpoena to Birch Communications, Inc.*, Case No 2:14-mc-00671-UA (C.D. Cal.), Pietz Dec., Exh. G, p. 2.

(29)   The Declaration of Dennis Hawk, *In re Subpoena to Birch Communications, Inc.*, Case No 2:14-mc-00671-UA (C.D. Cal.), Pietz Dec., Exh. G, p. 4.

(30)   Notice of Lodging of Summary Spreadsheet and DMCA Notifications, *In re Subpoena to Birch Communications, Inc.*, Case No 2:14-mc-00671-UA (C.D. Cal.), Pietz Dec., Exh. G, p. 5.

(31)   DMCA Subpoena to Birch Communications, Inc., *In re Subpoena to Birch Communications, Inc.*, Case No 2:14-mc-00671-UA (C.D. Cal.), Pietz Dec., Exh. G, p. 7.

(32)   The docket report from *In re Subpoena to Elijay Telephone Co.*, Case No. 2:14-mc-00861-UA (C.D. Cal.), Pietz Dec., Exh. H, p. 2.

(33)   The Declaration of Dennis Hawk, *In re Subpoena to Elijay Telephone Co.*, Case No. 2:14-mc-00861-UA (C.D. Cal.), Pietz Dec., Exh. H, p. 4.

(34)   Notice of Lodging of Summary Spreadsheet, *In re Subpoena to Elijay Telephone Co.*, Case No. 2:14-mc-00861-UA (C.D. Cal.), Pietz Dec., Exh. H, p. 5.

(35)   DMCA Subpoena to Elijay Telephone Co., *In re Subpoena to Elijay Telephone Co.*, Case No. 2:14-mc-00861-UA (C.D. Cal.), Pietz Dec., Exh. H, p. 7.

(36)   The docket report from *In re Subpoena Issued to Birch*

-5-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT
HARMON'S MOTION TO DISMISS

*Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p. 2.

(37)   Excerpts of Birch Communications, Inc.'s Motion to Quash, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p. 4.

(38)   Rightscorp, Inc.'s Response to Motion to Quash, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p. 78.

(39)   Birch Communications, Inc.'s Reply, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p. 105.

(40)   The Declaration of Anton Zouplna In Support of Reply, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p.122.

(41)   Rightscorp's Motion for Leave to File Surreply, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p.124.

(42)   Declaration of Robert Steele, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p.131.

(43)   Order Granting Motion to Quash, *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), Pietz Dec., Exh. I, p.136.

(44)   The docket report from *In re Subpoena Issued to Elijay Telephone Co.*, Case No. 2:14-mi-0004-WCO (N.D. Ga.), Pietz Dec., Exh. J, p. 2.

(45)   Elijay Telephone, Co.'s Motion to Quash, *In re Subpoena Issued to*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT
HARMON'S MOTION TO DISMISS

*Elijay Telephone Co.*, Case No. 2:14-mi-0004-WCO (N.D. Ga.), Pietz Dec., Exh. J, p. 5.

(46)   Consent Motion to Withdraw Subpoena and Withdraw Motions to Quash and for Sanctions, *In re Subpoena Issued to Elijay Telephone Co.*, Case No. 2:14-mi-0004-WCO (N.D. Ga.), Pietz Dec., Exh. J, p. 35.

(47)   Order Dismissing Case, *In re Subpoena Issued to Elijay Telephone Co.*, Case No. 2:14-mi-0004-WCO (N.D. Ga.), Pietz Dec., Exh. J, p. 41.

(48)   The docket report from *In re Subpoena to Hiawatha Broadband Communications, Inc.*, Case No. 2:14-mc-1006-UA (C.D.Cal.), Pietz Dec., Exh. K, p. 2.

(49)   The Declaration of Dennis Hawk, *In re Subpoena to Hiawatha Broadband Communications, Inc.*, Case No. 2:14-mc-1006-UA (C.D.Cal.), Pietz Dec., Exh. K, p. 4.

(50)   Notice of Lodging of Summary Spreadsheet, *In re Subpoena to Hiawatha Broadband Communications, Inc.*, Case No. 2:14-mc-1006-UA (C.D.Cal.), Pietz Dec., Exh. K, p. 5.

(51)   DMCA Subpoena to Hiawatha Broadband Communications, Inc., Pietz Dec., Exh. K, p. 7.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-7-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT
HARMON'S MOTION TO DISMISS

(52)    April 28, 2014 "Form 8-K (Current report filing)," filed by Defendant Rightscorp, Inc. for the period ending April 25, 2014, (downloaded from the official S.E.C. website, EDGAR.com), Pietz Dec., Exh. L.

DATED:  April 13, 2015

THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:   (310) 546-5301

*Attorneys for Plaintiff John Blaha,*
*individually and on behalf of others similarly situated*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND OPPOSITION TO DEFENDANT HARMON'S MOTION TO DISMISS