Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Drew E. Pomerance (SBN 101239)
Anne S. Kelson (SBN 257851)
Jesse B. Levin (SBN 268047)
ROXBOROUGH, POMERANCE, NYE & ADREANI
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367
dep@rpnalaw.com
ask@rpnalaw.com
jbl@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

*Attorneys for Plaintiff John Blaha,*
*Individually and on Behalf of Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,* individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Rightscorp, Inc., a Nevada corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware corporation; Christopher Sabec; Robert Steele; Craig Harmon; Dennis J. Hawk; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>Defendants.<br><br>[*Previously captioned with Karen J. Reif and Isaac Nesmith as lead plaintiffs]* | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer United States District Judge<br><br>Referred to: Hon. Jay C. Gandhi United States Magistrate Judge<br><br>**DECLARATION OF MORGAN E. PIETZ REGARDING AUTHENTICATION OF EXHIBITS SUBJECT TO REQUEST FOR JUDICIAL NOTICE**<br><br>[Opposition To Motion To Strike and Motion to Dismiss, etc. filed concurrently herewith]<br><br>DATE:          May 11, 2015<br>TIME:           8:30 a.m.<br>COURTROOM:   840 |

## DECLARATION OF MORGAN E. PIETZ REGARDING AUTHENTICATION OF EXHIBITS SUBJECT TO REQUEST FOR JUDICIAL NOTICE

| | Complaint Filed: | November 21, 2014 |
| | Trial Date: | Not yet set |

**DECLARATION OF MORGAN E. PIETZ REGARDING
AUTHENTICATION OF EXHIBITS SUBJECT TO REQUEST FOR
JUDICIAL NOTICE**

## DECLARATION OF MORGAN E. PIETZ

I, Morgan E. Pietz, declare as follows:

1.      I am attorney duly licensed to practice before all of the Courts of the State of California.  I am an attorney with the Pietz Law Firm, attorneys of record for Plaintiff John Blaha, individually and on behalf of others similarly situated.  I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would testify competently thereto under oath.

2.      Attached as Exhibit A are true and correct copies of documents associated with *In re Subpoena to Telscape Communications, Inc.*, Case No. 2:12-mc-00317-UA (C.D. Cal.), including the docket report; the Declaration of Dennis Hawk; and the DMCA Subpoena to Telscape Communications, Inc. I personally downloaded these documents from PACER and can attest to their authenticity.

3.      Attached as Exhibit B are true and correct copies of documents associated with *Telscape Communications, Inc. v. Rightscorp., Inc.*, Case No. 2:12-cv-08833-DSF-JCG (C.D.Cal.), including the docket report; Telscape's Motion to Quash or Modify Subpoena; the Declaration of Sherri Flatt; the Declaration of Michelle Wells; the Declaration of Gary Hamlett; Notice of Non-Opposition; and Order Granting Motion to Quash. I personally downloaded these documents from PACER and can attest to their authenticity.

4.      Attached as Exhibit C are true and correct copies of documents associated with *In re IMON Communications LLC*, Case No. 2:14-mc-00277-UA (C.D. Cal.), including the docket report, the Declaration of Dennis Hawk, the Notice of Lodging of Summary Spreadsheet and DMCA Notifications; and DMCA Subpoena to IMON Communications. I personally downloaded these documents from PACER and can attest to their authenticity.

5.      Attached as Exhibit D are true and correct copies of documents associated with *In re Subpoena to Grande Communications Network, LLC*, Case No. 2:14-mc-00627-UA (C.D. Cal.), including the docket report; the Declaration of

-1-

Dennis Hawk; Notice of Lodging of Summary Spreadsheet and DMCA Notifications; and DMCA Subpoena to Grande Communications Network, LLC. I personally downloaded these documents from PACER and can attest to their authenticity.

6.      Attached as Exhibit E are true and correct copies of documents associated with *In re Subpoena to Greenfield Communications, Inc.* Case No. 2:14-mc-00635-UA (C.D.Cal.), including the docket report; the Declaration of Dennis Hawk; Notice of Lodging of Summary Spreadsheet and DMCA Notifications; and DMCA Subpoena to Greenfield Communications, Inc. I personally downloaded these documents from PACER and can attest to their authenticity.

7.      Attached as Exhibit F are true and correct copies of documents associated with *Grande Communications Network, LLC. v. Rightscorp, Inc.*, Case No.1:14-mc-00848-LY (W.D. Tex.), including the docket report; Grande Communications Network, LLC's Motion to Quash; and Order Referring Motion to Magistrate Judge, Advisory to the Court Regarding Withdrawal of Subpoena, and Order Closing Case. I personally downloaded these documents from PACER and can attest to their authenticity.

8.      Attached as Exhibit G are true and correct copies of documents associated with *In re Subpoena to Birch Communications, Inc.*, Case No 2:14-mc-00671-UA (C.D. Cal.), including the docket report; Declaration of Dennis Hawk; Notice of Lodging of Summary Spreadsheet and DMCA Notifications; and DMCA Subpoena to Birch Communications, Inc. I personally downloaded these documents from PACER and can attest to their authenticity.

9.      Attached as Exhibit H are true and correct copies of documents associated with *In re Subpoena to Elijay Telephone Co.*, Case No. 2:14-mc-00861-UA (C.D. Cal.), including the docket report; the Declaration of Dennis Hawk; the Notice of Lodging of Summary Spreadsheet; and DMCA Subpoena to Elijay Telephone Co.  I personally downloaded these documents from PACER and can

-2-

attest to their authenticity.

10.    Attached as Exhibit I are true and correct copies of documents associated with *In re Subpoena Issued to Birch Communications, Inc. f/k/a CBeyond Communications LLC*, Case No. 1:14-cv-03904-WSD (N.D. Ga.), including the docket report; Excerpts of Birch Communications, Inc.'s Motion to Quash; Rightscorp, Inc.'s Response to Motion to Quash; Birch Communications, Inc.'s Reply; the Declaration of Anton Zouplna In Support of Reply; Rightscorp's Motion for Leave to File Surreply; Declaration of Robert Steele; and Order Granting Motion to Quash.  I personally downloaded these documents from PACER and can attest to their authenticity.

11.    Attached as Exhibit J are true and correct copies of documents associated with *In re Subpoena Issued to Elijay Telephone Co.*, Case No. 2:14-mi-0004-WCO (N.D. Ga.), including the docket report; Elijay Telephone, Co.'s Motion to Quash; Rightscorp, Inc.'s Consent Motion to Withdraw Subpoena and Withdraw Motions to Quash and for Sanctions; and Order Dismissing Case. I personally downloaded these documents from PACER and can attest to their authenticity.

12.     Attached as Exhibit K are true and correct copies of documents associated with *In re Subpoena to Hiawatha Broadband Communications, Inc.*, Case No. 2:14-mc-1006-UA (C.D. Cal.), including the docket report; the Declaration of Dennis Hawk; the Notice of Lodging of Summary Spreadsheet; and DMCA Subpoena to Hiawatha Broadband Communications, Inc. I personally downloaded these documents from PACER and can attest to their authenticity.

13.    Attached as Exhibit L is a true and correct copy of an April 28, 2014 "Form 8-K (Current report filing)," filed by Defendant Rightscorp, Inc. for the period ending April 25, 2014, which I downloaded from the official S.E.C. website called EDGAR.com.

/ / /

/ / /

DECLARATION OF MORGAN E. PIETZ IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND MOTION TO DISMISS

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2015, at Manhattan Beach, California.

*/s/ Morgan E. Pietz*
MORGAN E. PIETZ

DECLARATION OF MORGAN E. PIETZ IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO STRIKE AND MOTION TO DISMISS