# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,* individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>　　　　　Defendants.<br><br>[*Previously captioned with Karen J. Reif and Isaac Nesmith as lead Plaintiffs] | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>**ORDER GRANTING JOINT *EX PARTE* APPLICATION TO STAY ALL PROCEEDINGS PENDING CONCLUSION OF MEDIATION**<br><br>[Filed Concurrently with Notice of Ex Parte, Application, Declaration of Mona Z. Hanna, and Declaration of Drew Pomerance]<br><br>Complaint Filed:　November 21, 2014<br>Trial Date:　　　　Not yet set |

# ORDER

Plaintiff John Blaha ("Plaintiff") and Defendants Rightscorp, Inc. f/k/a Stevia Agritech Corp.; Rightscorp, Inc.; Christopher Sabec; Robert Steele; Dennis J. Hawk; BMG Rights Management (US) LLC ("BMG"); and Warner Bros. Entertainment Inc. (collectively "Defendants"), applied *ex parte* for an order staying the pending proceedings pending conclusion of mediation.

For good cause shown, the renewed joint application is GRANTED, as follows:

(1) All proceedings, including discovery and class certification, are stayed through and including Monday August 17, 2015, which is the date the parties have reserved for a mediation before Ralph O Williams III of ADR Services, Inc.[1]

(2) The parties shall file a joint status report to the Court (that does not reveal confidential settlement details), within 14-days of the conclusion of mediation, advising of the result.

(3) Plaintiff's current deadline to move for class certification is re-set to Monday October 19, 2015.

**IT IS SO ORDERED.**

DATED: 6/8/2015    BY: _____
                          Honorable Dale S. Fischer
                          United States District Judge

---

[1] The parties may opt to mediate before Jeff Krivis if he has a cancellation and there is a workable opening on or before the current mediation date.