Drew E. Pomerance (SBN 101239)
Anne S. Kelson (SBN 257851)
Jesse B. Levin (SBN 268047)
**ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
dep@rpnalaw.com
ask@rpnalaw.com
jbl@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
8605 Santa Monica Blvd., No. 69018
Los Angeles, CA 90069
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Attorneys for *Plaintiff John Blaha,*
*Individually and on Behalf of Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,[*] individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br>        v.<br><br>Rightscorp, Inc., a Nevada corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware corporation; Christopher Sabec; Robert Steele; Craig Harmon; Dennis J. Hawk; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>                    Defendants. | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>Referred to: Hon. Jay C. Gandhi<br>United States Magistrate Judge<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   November 21, 2014<br>Trial Date:   Not yet set |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 16–5.7 of the Local Rules of the Central District of California for the United States District Court, notice is hereby given that the foregoing case has been settled as to all parties.

The parties respectfully request that all dates now on calendar be vacated and that the Plaintiff be required to file a Motion for Preliminary Approval of Class Settlement within 90 days of the filing of this document or else Show Cause after that date as to why such a motion has not been filed.

Respectfully submitted,

DATED: August 31, 2015     ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

 /s/ ANNE S. KELSON

DREW E. POMERANCE
ANNE S. KELSON
JESSE B. LEVIN

*Attorneys For Plaintiffs*