# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha,* individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>Rightscorp, Inc., a Nevada Corporation, formerly known as Stevia Agritech Corp.; Rightscorp, Inc., a Delaware Corporation; Christopher Sabec, an individual; Robert Steele, an individual; Craig Harmon, an individual; Dennis J. Hawk, an individual; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>   Defendants.<br><br>[*Previously captioned with Karen J. Reif and Isaac Nesmith as lead Plaintiffs] | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>**ORDER APPROVING STIPULATION AND JOINT REQUEST TO EXTEND DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br><br>Complaint Filed: November 21, 2014<br>Trial Date: Not yet set |

1    Plaintiff John Blaha ("Plaintiff") and Defendants Rightscorp, Inc. f/k/a Stevia Agritech Corp.; Rightscorp, Inc.; Christopher Sabec; Robert Steele; BMG Rights Management (US) LLC ("BMG"); and Warner Bros. Entertainment Inc. (collectively "Defendants") filed a stipulation requesting that the Court extend the parties time to file a Motion for Preliminary Settlement Approval.

   For good cause shown, **IT IS ORDERED** that the parties shall have to and including January 11, 2016, to move for preliminary approval of settlement.

DATED: \_\_\_\_11/30/15\_\_\_\_            BY: _____
                                              Honorable Dale S. Fischer
                                              United States District Judge