Drew E. Pomerance (SBN 101239)
Trevor R. Witt (SBN 278195)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
dep@rpnalaw.com
trw@rpnalaw.com
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991

Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
8605 Santa Monica Blvd., No. 69018
Los Angeles, CA 90069
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Attorneys for *Plaintiff John Blaha,*
*Individually and on Behalf of Others Similarly Situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Blaha, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Rightscorp, Inc., a Nevada corporation, f/k/a Stevia Agritech Corp.; Rightscorp, Inc., a Delaware corporation; Christopher Sabec; Robert Steele; Craig Harmon; Dennis J. Hawk; BMG Rights Management (US) LLC; Warner Bros. Entertainment Inc.; and John Does 1 to 10,<br><br>　　　　　　Defendants. | Case No.: 2:14-cv-9032-DSF-(JCGx)<br><br>Assigned to: Hon. Dale S. Fischer<br>United States District Judge<br><br>**NOTICE OF AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 9, 2016<br>Time: 1:30 p.m.<br>Courtroom: 840<br><br>Complaint Filed:   November 21, 2014<br>Trial Date:   Not yet set |

///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE** that on May 9, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard before Honorable Dale S. Fischer, located at Courtroom 840, United States District Court, 255 East Temple Street, Los Angeles, California 90012, Plaintiff John Blaha ("Plaintiff) will resubmit for an Order granting preliminary approval of the class action settlement ("Settlement"). Plaintiff had moved for an Order granting preliminary approval fo the class action settlement on February 8, 2016.  The parties were ordered to resubmit a revised version of the Settlement Agreement.  The parties have revised the Settlement Agreement to conform with the changes discussed on the record at the Febriary 8, 2016 hearing.  Thus, Plaintiff submits this amended motion and applies to this Court for an order (i) granting preliminary approval of the Parties' proposed Settlement; (ii) certifying the proposed Settlement Class for settlement purposes; (iii) approving the form and content of the notice to the members of the Settlement Class; (iv) appointing Plaintiff as Class Representative; (v) appointing his counsel as Class Counsel; (vi) scheduling a final fairness hearing; and (vii) providing other relief as the Court deems reasonable and just.

 This Amended Motion is made following conference of counsel pursuant to L.R. 7-3, and Defendants do not oppose this Motion.

 This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings, records and papers filed in this action, the argument of counsel, any supplemental memoranda that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this Motion.

DATED: April 22, 2016

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

*/S/ DREW E. POMERANCE*

_____
DREW E. POMERANCE
TREVOR R. WITT
*Attorneys For Plaintiff*

1
NOTICE OF AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT