UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 14-9032 DSF (JCGx) | Date 5/9/16 |
| Title John Blaha v. Rightscorp, Inc. | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Paul Songco | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Drew Pomerance, Morgan Pietz | Jesse Contreras |

**Proceedings:**   Hearing on Motion for Preliminary Approval


   The matter is called and counsel state their appearances.  The Court and counsel discuss the settlement and changes to documents as set forth on the record.